UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:25-CR-188 |
| | : | |
| v. | : | (Judge SAPORITO) |
| | : | |
| GUERDISON PRINTUS | : | |

**FILED**
HARRISBURG, PA

**INDICTMENT**

JUL 16 2025

THE GRAND JURY CHARGES:

PER ___IBR___
DEPUTY CLERK

## COUNT 1
18 U.S.C. § 1361
(Destruction of Government Property)

On or about June 25, 2025, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**GUERDISON PRINTUS,**

willfully injured and committed a depredation of property of, and property constructed for, the United States and of any department or agency thereof, and the resulting damage exceeded the sum of $1,000.

All in violation of Title 18, United States Code, Section 1361.

A TRUE BILL

FOREPERSON

JOHN C. GURGANUS
Acting United States Attorney

K. WESLEY MISHOE
Assistant United States Attorney

7/16/2025

Date